07 CV 5904

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BULKER CHARTERING & MANAGEMENT, S.A.,  :
                                       :
             Plaintiff,                :
                                       :
    - against -                        :
                                       :
SHINE STAR SEA TRANSPORT PTE LTD.,     :
                                       :
             Defendant.                :
------------------------------------------------------------------X

JUN 21 2007

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 21, 2007
       New York, NY

The Plaintiff,
BULKER CHARTERING & MANAGEMENT S.A.

By: _____
Patrick F. Lennon (PL 2162)
Nancy R. Peterson (NP 2871)
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
(212) 490-6070 (fax)
pfl@lenmur.com
nrp@lenmur.com