CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BULKER CHARTERING AND MANAGEMENT, :
S.A.,                                                            :
                     Plaintiff,            :    **07-CV-5904**
                                    :
        v.                                            :    **NOTICE OF**
                                    :    **APPEARANCE**
SHINE STAR SEA TRANSPORT PTE LTD.,       :
CHINALAND SHIPPING PTE LTD., EASTERN :
UNION NAVIGATION, LTD., GAS MARINA     :
OVERSEAS LTD. and OCEANLINK                 :
NAVIGATION CO. LTD.,                                   :
                                    :
                     Defendants.       :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
             August 22, 2007

                                           CLARK, ATCHESON & REISERT
                                           Attorneys for Garnishee
                                           Societe Generale New York Branch

                    By:   _____
                             Richard J. Reisert (RR-7118)
                             7800 River Road
                             North Bergen, NJ  07047
                             Tel: (201) 537-1200
                             Fax: (201) 537-1201
                             Email:  reisert@navlaw.com