```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BULKER CHARTERING & MANAGEMENT, S.A.,

                Plaintiff,

    - against -

SHINE STAR SEA TRANSPORT PTE LTD.,
CHINALAND SHIPPING PTE LTD., EASTERN UNION
NAVIGATION, LTD., GAS MARINA OVERSEAS LTD.,
and OCEANLINK NAVIGATION CO. LTD.,

                Defendants.
------------------------------------------------------------X

07 Civ. 5904 (SHS)

ECF CASE

**ORDER APPOINTING SPECIAL PROCESS
SERVER PURSUANT TO F.R.C.P. RULE 4(c)**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Nancy R. Peterson, sworn to on July 31, 2007, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, or any process server employed by Gotham Process Servers, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
        _____ ___, 2007

A CERTIFIED COPY
J. MICHAEL McMAHON,      **CLERK**

BY _____
     DEPUTY CLERK

_/s/ George B. Daniels_
U.S.D.J.
Part I

HON. GEORGE B. DANIELS