```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BULKER CHARTERING & MANAGEMENT, S.A., :
                                    :
                                    :       07 Civ. 5904 (SHS)
                     Plaintiff,     :
                                    :       ORDER
         -against-                  :
                                    :
SHINE STAR SEA TRANSPORT PTE, LTD., :
CHINALAND SHIPPING PTE LTD., EASTERN :
UNION NAVIGATION, LTD., and OCEANLINK :
NAVIGATION CO. LTD.                 :
                                    :
                     Defendants.    :
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In light of the holding of the U.S. Court of Appeals for the Second Circuit in *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.*, --- F.3d ----, 2009 WL 3319675 (2d Cir. Oct. 16, 2009) and because plaintiff has not alleged that any property other than electronic funds transfers is likely to be found in this district, plaintiff is hereby ordered to show cause on or before November 13, 2009 why the Amended Order of Maritime Attachment and Garnishment dated August 1, 2007 should not be vacated, any attached funds released, and this action dismissed.

Dated: New York, New York
       October 29, 2009

                                            SO ORDERED:

                                            _____
                                            Sidney H. Stein, U.S.D.J.